UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MARCEL MALAVE-VIVAS,

                Petitioner,

v.

                    No. 6:26-CV-00056-H

PHILLIP VALDEZ,

                Respondent.

## ORDER

Petitioner filed a motion for appointment of counsel together with his petition for writ of habeas corpus.  Dkt. No. 3.  The motion is denied.

A court may appoint counsel to represent a person pursuing federal habeas corpus relief.  18 U.S.C. § 3006A.  But there is no Sixth Amendment right to appointed counsel in habeas actions.  *Pennsylvania v. Finley,* 481 U.S. 551, 555 (1987).  A court may appoint counsel for a financially eligible habeas petitioner when "the interests of justice so require."  18 U.S.C. § 3006A(a)(2); *see also* Misc. Order No. 3 (N.D. Tex. Dec. 20, 2018).  Even assuming Petitioner is financially eligible, he has not demonstrated that the interests of justice require appointment of counsel at this stage of the case.  Petitioner submitted an organized, typed petition with well-articulated grounds for relief and supporting documentation.  Petitioner has failed to show that his case is so legally or factually complex that he is unable to adequately investigate and present his claim and no hearing has been scheduled.

The Court may appoint counsel if, upon review of the pleadings and relevant records, the Court determines that Petitioner may be eligible for relief, that an evidentiary

hearing is required, or that the Court would benefit from briefing filed by counsel on his behalf.  Petitioner's motion is denied at this time.

So ordered.

Dated February 20, 2026.

James Wesley Hendrix
United States District Judge