UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| MARCEL MALAVE-VIVAS,<br><br>       Petitioner,<br><br>v.<br><br>PHILLIP VALDEZ,<br><br>       Respondent. | No. 6:26-CV-00056-H |

### ORDER TO SHOW CAUSE, NOTICE, AND INSTRUCTIONS TO PARTIES

Petitioner filed a petition for a writ of habeas corpus with a separate request for preliminary injunctive relief. Dkt. Nos. 1, 2. After conducting a preliminary review, the Court finds good cause to order briefing as follows:

**Respondent's Answer**: Respondent is directed to file an answer to Petitioner's petition **and request for injunctive relief** within **20 days** from the date of this order. *See* 28 U.S.C. § 2243. All applicable issues must be raised in the answer filed by Respondent. No extensions will be granted absent a showing of good cause.

Additionally, Respondent is ordered to file, **by no later than 5:00 p.m. CT on Monday, February 24, 2026**, a notice addressing whether the government will commit not to remove the petitioner pending the Court's resolution of the petitioner's habeas petition. The respondents' notice should also address what notice, if any, the respondents will give the petitioner and the Court prior to moving the petitioner outside the Court's jurisdiction.

Respondent must mail a copy of the answer, together with a copy of any supporting brief filed therewith, to Petitioner at the address set out in Petitioner's pleadings or to his or her attorney of record, if any. Respondent must file a certificate with the Clerk evidencing such service.

**Records**: Respondent must file with the answer all records relevant to the resolution of the petitioner's habeas petition.

**Petitioner's Response:** Petitioner may file a response to Respondent's answer within **20 days** from the date shown on Respondent's certificate of service. Petitioner's response must be limited to the arguments raised by Respondent and shall not include any new allegations of fact or new grounds for relief. Petitioner must mail a copy of any response to counsel for Respondent and must file a certificate with the Clerk evidencing such service.

**Hearing:** The Court will determine whether a hearing is necessary after it reviews the respondent's answer and petitioner's reply.

**Service of Petition and Order**: Copies of all pleadings, motions, and orders will be served electronically upon the United States Attorney for the Northern District of Texas, pursuant to Fed. R. Civ. P. 5(b)(2)(E) and by prior agreement of the Office of the United States Attorney, Northern District of Texas. The Clerk shall mail a copy of this order to Petitioner or his or her attorney of record.

So ordered on February 20, 2026.

*[signature]*
James Wesley Hendrix
United States District Judge