UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MARCEL MALAVE-VIVAS,

Petitioner,

v.

No. 6:26-CV-00056-H

PHILLIP VALDEZ, WARDEN,
EDEN DETENTION CENTER,

Respondent.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that the petition for writ of habeas corpus is denied and dismissed.

Dated June 26, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge